**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

JUVONTA LAFOND,

      Petitioner,

v.                                                                   CIVIL ACTION NO. 5:24-cv-558

FCI BECKLEY WARDEN,

      Respondent.

**<u>ORDER</u>**

Pending is Petitioner Juvonta Lafond's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF 1], filed October 9, 2024. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on January 5, 2026. [*See* ECF 10]. Magistrate Judge Aboulhosn recommended that the Court dismiss as moot Mr. Lafond's § 2241 Petition given his release from custody and remove this matter from the docket. [*Id.* at 3].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-*

*Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on January 22, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 10**], **DISMISSES AS MOOT** Mr. Lafond's § 2241 Petition [**ECF 1**], and **REMOVES** this matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to counsel of record and any unrepresented party.

ENTER:  May 5, 2026

Frank W. Volk
Chief United States District Judge

2